43975.   TENNECO OIL COMPANY v. MULLIS.

JORDAN, Presiding Judge.   An appeal from an order overruling a motion to dismiss a complaint for failure to state a claim upon which relief can be granted, not certified by the lower court within ten days of entry thereof for immediate review, is not subject to direct appeal.   See Section 1 of the Appellate Practice Act of 1965, as amended (Ga. L. 1965, p. 18; Ga. L. 1968, pp. 1072, 1073; *Code Ann.* § 6-701) ; *Rockmart Finance Co. v. High,* 118 Ga. App. 351 (163 SE2d 758) ; *Nugent v. Willis,* 118 Ga. App. 335.

    *Appeal dismissed. Pannell and Deen, JJ., concur.*

SUBMITTED OCTOBER 9, 1968—DECIDED OCTOBER 24, 1968.

*Eric L. Jones, Paul J. Jones, Jr.,* for appellant.
*Maurice Byers,* for appellee.